UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-246 (JMC) |
| v. : | |
| : | |
| JOSHUA HALL, : | |
| : | |
| Defendant : | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel via USAfx, in relation its sentencing memorandum (ECF No. 30). These exhibits will be offered into evidence during the sentencing hearing scheduled for November 17, 2023.

The proposed exhibits are as follows:

1. Government's Exhibit 1 is an open-source video filmed on the Northwest Plaza of the U.S. Capitol building. The clip is approximately 33 seconds long. The events depicted occurred at approximately 2:42 p.m. EST on January 6, 2021.

2. Government's Exhibit 2 is a clip from CCV footage in the U.S. Capitol building near the Parliamentarian Door. The clip is approximately 4 minutes long. The events depicted occurred between approximately 2:40 p.m. EST and 2:44 p.m. EST on January 6, 2021.

3. Government's Exhibit 3 is an open-source video filmed in the Brumidi Corridor of the U.S. Capitol building. The clip is approximately 1 minute and 49 seconds long. The events depicted occurred sometime between 2:42 p.m. EST and 3:00 p.m. EST on January 6, 2021.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

By:    s/ *Anna Z. Krasinski*
        ANNA Z. KRASINSKI
        Assistant United States Attorney
        New Hampshire Bar No. 276778
        United States Attorney's Office
        Detailed from the District of New Hampshire
        (202) 809-2058
        anna.krasinski@usdoj.gov